FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA HALL, an individual, JOSE HALL, an individual, <br><br>  Plaintiffs, <br>  vs. <br><br> ABJ GROUP ENTERPRISES LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; ABJ GROUP INVESTMENTS LLC, d/b/a RANCO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; NOI LE, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br>  Defendants. | Case No.: 2:22-cv-01817-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants ABJ GROUP ENTERPRISES LLC; ABJ GROUP INVESTMENTS LLC, and NOI LE ("Defendants") will have an extension of time, up to and including May 5, 2023 to file their answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1).

The parties have been discussing the various facts alleged and causes of action, and exploring the potential for settlement. Plaintiffs have indicated that they plan to

1

FP 46756100.1

1 file an amended complaint on or about Friday, April 14, 2023, thus, extending the
2 deadline for Defendants to answer or otherwise respond from the date of that filing.
3 This extension is sought to facilitate this amendment and avoid duplication of efforts.
4     Accordingly, this stipulation is sought in good faith.  This is the second request
5 for an extension of this deadline on behalf Defendants.
6     Dated this 31st day of March, 2022.

| FISHER & PHILLIPS, LLP | JENNINGS & FULTON, LTD. |
|---|---|
| By: */s/ Allison L. Kheel, Esq.* <br> Lisa A. McClane, Esq. <br> Allison L. Kheel, Esq. <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* | By: */s/ Logan G. Willson, Esq.* <br> Adam R. Fulton, Esq. <br> Logan G. Willson, Esq. <br> 2580 Sorrel Street <br> Las Vegas, Nevada 89146 <br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE:  March 31, 2023

FP 46756100.1