# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA HALL, et al., | Case No. 2:22-cv-01817-RFB-EJY |
| Plaintiff(s), | **Order** |
| v. | |
| ABJ GROUP ENTERPRISES LLC, et al., | |
| Defendant(s). | |

The deadline to respond to the complaint has been extended to May 5, 2023. Docket No. 15. In order to ensure the case is well-positioned for such proceeding, the early neutral evaluation is **CONTINUED** to 10:00 a.m. on June 13, 2023. Evaluation statements must be submitted to the undersigned's box by 3:00 p.m. on June 6, 2023.

IT IS SO ORDERED.

Dated: April 3, 2023

_____
Nancy J. Koppe
United States Magistrate Judge