FISHER & PHILLIPS LLP
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA HALL, an individual, JOSE HALL, an individual,<br><br>Plaintiffs,<br>vs.<br><br>ABJ GROUP ENTERPRISES LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; ABJ GROUP INVESTMENTS LLC, d/b/a RANCO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; NOI LE, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01817-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants ABJ GROUP ENTERPRISES LLC; ABJ GROUP INVESTMENTS LLC, and NOI LE ("Defendants") will have an extension of time, up to and including May 18, 2023 to file their answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 17).

Counsel is continuing to discuss the potential for settlement and defense counsel requires additional time to become familiar with the facts of this case.

1

FP 47040114.1

Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline.

Dated this 4th day of May, 2022.

| FISHER & PHILLIPS, LLP | JENNINGS & FULTON, LTD. |
|---|---|
| By: /s/ Allison L. Kheel, Esq. | By: /s/ Logan G. Willson, Esq. |
| Lisa A. McClane, Esq. | Adam R. Fulton, Esq. |
| Allison L. Kheel, Esq. | Logan G. Willson, Esq. |
| 300 S. Fourth Street, Suite 1500 | 2580 Sorrel Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89146 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE: May 4, 2023

FP 47040114.1