# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA HALL, et al., <br><br>     Plaintiff(s), <br><br> v. <br><br> ABJ GROUP ENTERPRISES LLC, et al., <br><br>     Defendant(s). | Case No. 2:22-cv-01817-RFB-EJY <br><br> **Order** |

Defendants filed a motion to dismiss on May 18, 2023.  Docket No. 20.  A discovery plan has not yet been filed.  Preparation for the early neutral evaluation generally requires, *inter alia*, the exchange of initial disclosures and a computation of damages.  *See* Local Rule 16-6(f)(1)(H). In order to ensure the case is well-positioned for such proceeding, the early neutral evaluation is **CONTINUED** to 10:00 a.m. on July 21, 2023.  Evaluation statements must be submitted to the undersigned's box by 3:00 p.m. on July 14, 2023.

IT IS SO ORDERED.

Dated: May 19, 2023

                                                                                     
Nancy J. Koppe
United States Magistrate Judge