ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SABRINA HALL, an individual, JOSE HALL, an individual,<br><br>Plaintiffs,<br>vs.<br><br>ABJ GROUP ENTERPRISES LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; ABJ GROUP INVESTMENTS LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; NOI LE, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01817-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF No. 20]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs SABRINA HALL and JOSE HALL, by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants ABJ GROUP ENTERPRISES LLC, ABJ GROUP INVESTMENTS LLC, and NOI LE ("Defendants"), by and through their attorneys of record, ALLISON L. KHEEL, ESQ., of the law firm of FISHER

-1-

& PHILLIPS, LLP, to continue the briefing deadlines regarding Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint [ECF No. 20] ("Motion").

Plaintiffs' counsel has been in a jury trial in the Eighth Judicial District Court, Clark County, Nevada that started on May 15, 2023, in Case No. A-21-831496-B, *DGMD Real Estate Investments, LLC v. Jim Mueller, et al.* Thus, Plaintiffs' counsel has an unavoidable conflict, and good cause exists to extend the current Opposition deadline from June 1, 2023 to June 15, 2023.

Consistent with the foregoing, the parties stipulate that Plaintiffs shall have until June 15, 2023 to file their Opposition to the Motion. The instant stipulation is submitted in good faith in order to fully brief and adjudicate the Motion and not for the purpose of undue delay.

Dated: May 24th, 2023

**JENNINGS & FULTON, LTD.**

  /s/ Logan G. Willson, Esq.
Adam R. Fulton, Esq.
Nevada Bar No. 11572
Logan G. Willson, Esq.
Nevada Bar No. 14967
*Attorneys for Plaintiff*

Dated: May 24th, 2023

**FISHER & PHILLIPS LLP**

  /s/ Allison L. Kheel, Esq.
Allison L. Kheel, Esq.
Nevada Bar No. 12986
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of May, 2023.