FISHER & PHILLIPS LLP
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendants,*
*ABJ Group Enterprises LLC,*
*ABJ Group Investments LLC, and Noi Le*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA HALL, an individual, JOSE HALL, an individual,<br><br>Plaintiffs,<br>vs.<br><br>ABJ GROUP ENTERPRISES LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; ABJ GROUP INVESTMENTS LLC, d/b/a RANCO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; NOI LE, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01817-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF NO. 20]**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs SABRINA HALL and JOSE HALL ("Plaintiffs'), by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ. of the law firm of JENNINGS & FULTON, LTD., and Defendants ABJ GROUP ENTERPRISES LLC, ABJ GROUP INVESTMENTS LLC and NOI LE ("Defendants"), by and through their attorneys of record, ALLISON L. KHEEL, ESQ., of the law firm of FISHER & PHILLIPS, LLP,

FP 47634298.1

to continue the Reply deadline regarding Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint [ECF No. 20] ("Motion").

Due to several additional matters that arose in other cases and the July 4th, holiday, Defense Counsel requires additional time to prepare the Reply.

Consistent with the foregoing, the parties stipulate that Defendants shall have a one-week extension of time, until Friday, July 14, 2023 to file their Reply in Support of its Motion. The instant stipulation is submitted in good faith in order to fully brief and adjudicate the Motion and not for the purpose of undue delay.

| Dated this 7th day of July, 2023. | Dated this 7th day of July, 2023. |
|---|---|
| FISHER & PHILLIPS LLP | JENNINGS & FULTON, LTD. |
| By: /s/ Allison L. Kheel, Esq.<br>Allison L. Kheel, Esq.<br>Nevada Bar No. 12986<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* | By: /s/ Logan G. Willson, Esq.<br>Adam R. Fulton, Esq.<br>Nevada Bar No. 11572<br>Logan G. Willson, Esq.<br>Nevada Bar No. 14967<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: July 10, 2023

FP 47634298.1