FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendants,*
*ABJ Group Enterprises LLC,*
*ABJ Group Investments LLC, and Noi Le*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SABRINA HALL, an individual, JOSE HALL, an individual,<br><br>Plaintiffs,<br>vs.<br><br>ABJ GROUP ENTERPRISES LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; ABJ GROUP INVESTMENTS LLC, d/b/a RANCO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; NOI LE, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01817-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND FOR DEFENDANTS' INITIAL DISCLOSURES**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs SABRINA HALL and JOSE HALL ("Plaintiffs'), by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ. of the law firm of JENNINGS & FULTON, LTD., and Defendants ABJ GROUP ENTERPRISES LLC, ABJ GROUP INVESTMENTS LLC and NOI LE ("Defendants"), by and through their attorneys of record, ALLISON L. KHEEL, ESQ., of the law firm of FISHER & PHILLIPS, LLP,

1

1  that Defendants will have up to and including September 22, 2023 to answer or
2  otherwise respond to the Complaint and serve its Initial Disclosures. The parties are
3  engaging in good-faith settlement negotiations and have made several proposals on
4  each side towards that goal, and request this additional extension to continue their
5  efforts towards resolution of this matter.
6      This request is made in good faith and should not cause undue delay.

| Dated this 30th day of August, 2023. | Dated this 30th day of August, 2023. |
|---|---|
| FISHER & PHILLIPS LLP | JENNINGS & FULTON, LTD. |
| By: /s/ Allison L. Kheel, Esq.<br>Allison L. Kheel, Esq.<br>Nevada Bar No. 12986<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* | By: /s/ Logan G. Willson, Esq.<br>Adam R. Fulton, Esq.<br>Nevada Bar No. 11572<br>Logan G. Willson, Esq.<br>Nevada Bar No. 14967<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2023

2

FP 48071629.1