ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA HALL, an individual, JOSE HALL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ABJ GROUP ENTERPRISES LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; ABJ GROUP INVESTMENTS LLC, d/b/a RANCHO MIRADA VILLA, d/b/a RANCHO MIRADA APARTMENTS, a Foreign Limited Liability Company; NOI LE, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01817-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs SABRINA HALL and JOSE HALL, by and through their attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants ABJ GROUP ENTERPRISES LLC, ABJ GROUP INVESTMENTS LLC, and NOI LE ("Defendants"), by and through their attorneys of record, ALLISON L. KHEEL, ESQ., of the law firm of FISHER & PHILLIPS, LLP, that this matter shall be dismissed with prejudice, with each party to bear their own attorney fees and costs.

-1-

IT IS FURTHER STIPULATED that this Court shall retain jurisdiction of this matter pending the parties effectuating the terms of the Settlement Agreement and General Release the parties entered into and any enforcement of the terms and conditions of the Settlement Agreement and General Release.

Dated: January 17th, 2024

**JENNINGS & FULTON, LTD.**

 */s/ Logan G. Willson, Esq.*
Adam R. Fulton, Esq.
Nevada Bar No. 11572
Logan G. Willson, Esq.
Nevada Bar No. 14967
*Attorneys for Plaintiff*

Dated: January 17th, 2024

**FISHER & PHILLIPS LLP**

*/s/Allison L. Kheel, Esq.*
Allison L. Kheel, Esq.
Nevada Bar No. 12986
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE**
**UNITED STATES DISTRICT JUDGE**

Dated: January 23, 2024.